THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1935.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1936.)

*Per Curiam.* After giving due consideration to all the relevant factors in the record, we have reached the conclusion that the values for the tax years involved should have been fixed in the following amounts:

|      | Land      | Building | Total     |
|------|-----------|----------|-----------|
| 1933 | $500,000  | $80,000  | $580,000  |
| 1934 | 475,000   | 80,000   | 555,000   |
| 1935 | 475,000   | 80,000   | 555,000   |
| 1936 | 475,000   | 80,000   | 555,000   |

The orders, so far as appealed from, should therefore be modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant.

Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Orders, so far as appealed from, unanimously modified in accordance with opinion and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.